**IN RE P.L.P.**

[360 N.C. 360 (2006)]

IN THE MATTER OF P.L.P.

No. 521A05

(Filed 3 March 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 173 N.C. App. 1, 618 S.E.2d 241 (2005), affirming a judgment terminating respondent's parental rights entered 23 March 2004 by Judge Peter L. Roda in District Court, Buncombe County. Heard in the Supreme Court 14 February 2006.

*Charlotte W. Nallan for petitioner-appellee Buncombe County Department of Social Services.*

*M. Victoria Jayne for respondent-appellant father.*

*Judy N. Rudolph for appellee Guardian ad Litem.*

PER CURIAM.

AFFIRMED.